COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-304-CR

THE STATE OF TEXAS STATE

V.

ROBERT VALDEZ               APPELLEE

----------

FROM COUNTY CRIMINAL COURT NO. 2 OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the “State’s Motion To Dismiss Appeal.”  The motion complies with rule 42.2(a) of the rules of appellate procedure. 
 
Tex. R. App. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. 
 See id.
; Tex. R. App. P
.
 43.2(f).

It is further ordered that the State shall pay all costs of this appeal, for which let execution issue.  
See
 
Tex. Code Crim. Proc. Ann. art. 
44.01(f) (Vernon Supp. 2004-05).

PER CURIAM

PANEL: 
MEIER, J.; LIVINGSTON, C.J.; and DAUPHINOT
, J.

DO NOT PUBLISH

Tex. R. App. P
. 
47.2(b)

DELIVERED: April 22, 2010

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.